

901 DULANEY VALLEY ROAD
SUITE 500
BALTIMORE, MD 21204

BALTIMORE | COLUMBIA | BEL AIR

TELEPHONE 410-938-8800
FAX 410-832-5600
PKLAW.COM

Natalie C. Magdeburger
Direct Dial: (410) 339-5793
Fax: (410) 832-5691
nmagdeburger@pklaw.com

February 18, 2016

The Honorable Ellen L. Hollander
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

     Re:    *McCall-Scovens v. Blanchard, et al.*
           Case No. 1:15-cv-03433-ELH

Dear Judge Hollander:

It is my understanding that the scheduling conference call in this matter has been moved from February 27, 2016 to February 29, 2016, at 4:00 p.m.

Unfortunately, I am scheduled to begin a three-week trial on February 25, 2016 in the Circuit Court of Maryland for Baltimore City in the matter of *Lakisha Pettiford v. Advanced Radiology, LLC, et al.* (Case No. 24-C-13-007889 OT). A copy of the *Pettiford* docket is attached for your review.

My client strongly prefers that I participate in the scheduling conference call. I am available to participate in the conference call during a lunch recess or after trial adjourns for the day, but I am unable to commit to 4:00 p.m. on the 29th. I respectfully request that your Honor rescheduled the scheduling conference call to a time that works for all counsel. Should your Honor deny this request, I will have my associate, Brian M. Cathell, cover the call.

Very truly yours,

Natalie C. Magdeburger

NCM/bmc
cc:    Louis G. Close, III, Esquire
       Assistant States Attorney Rebecca Ann Koch

Go Back Now

## Circuit Court of Maryland

### Case Information

Court System: **Circuit Court for Baltimore City - Civil System**
Case Number: **24C13007889**
Title: **Lakisha Montrey Pettiford vs Advanced Radiology, LLC, et al**
Case Type: **Other Tort**   Filing Date: **12/06/2013**
Case Status: **Open/Active**

### Plaintiff/Petitioner Information

*(Each Plaintiff/Petitioner is displayed below)*
Party Type: **Plaintiff**  Party No.: **1**
Name: **Pettiford, Lakisha Montrey**
Address: **76 Cedar Avenue**
City:  **Towson**  State: **MD**  Zip Code: **21286**

#### Attorney(s) for the Plaintiff/Petitioner

Name:              **Rosen, Esq, Marc Seldin**
Appearance Date: **11/05/2015**
Practice Name:    **Law Offices Of Marc Seldin Rosen**
Address:          **26 South Street**
City:             **Baltimore**   State: **MD**   Zip Code: **21202-3272**
Name:             **Miller, Esq, Daniel J**
Appearance Date: **12/06/2013**
Practice Name:    **The Law Offices Of Daniel J. Miller LLC**
Address:          **26 South Street**
City:             **Baltimore**  State: **MD**  Zip Code: **21202**

### Defendant/Respondent Information

*(Each Defendant/Respondent is displayed below)*
Party Type: **Defendant**  Party No.: **1**
Business or Organization Name: **Advanced Radiology, LLC**
Address: **122 Slade Ave**
City:     **Baltimore**  State: **MD**   Zip Code: **21208**
Address: **S/o Csc Lawyers Inc. Service Company**
City:     **Baltimore**  State: **MD**  Zip Code: **21202**

Party Type: **Defendant**  Party No.: **2**
Business or Organization Name: **Advanced Radiology, P.A**
Address: **S/o Resident Agent David Safferman M.d.**
City:     **Baltimore**   State: **MD**   Zip Code: **21244**

#### Attorney(s) for the Defendant/Respondent

Name:              **Magdeburger, Esq, Natalie C**
Appearance Date: **01/30/2014**
Practice Name:    **Pessin Katz Law, P.A.**
Address:          **901 Dulaney Valley Road**
                  **Suite 400**
City:             **Towson**  State: **MD**  Zip Code: **21204**
Name:             **Longford, Esq, Kimberly A**
Appearance Date: **01/30/2014**
Practice Name:    **Pessin Katz Law P.A.**
Address:          **901 Dulaney Valley Road**

Suite 400
City:                  **Towson**   State: **MD**   Zip Code: **21204**

---

Party Type: **Defendant**   Party No.: **3**
Name: **Becker, M.d., Randy Marc**
Address: **7253 Ambassador Road**
City:          **Baltimore**   State: **MD**   Zip Code: **21244**
*Attorney(s) for the Defendant/Respondent*
Name:                  **Magdeburger, Esq, Natalie C**
Appearance Date: **01/30/2014**
Practice Name:   **Pessin Katz Law, P.A.**
Address:             **901 Dulaney Valley Road**
                     **Suite 400**
City:                **Towson**   State: **MD**   Zip Code: **21204**
Name:                **Longford, Esq, Kimberly A**
Appearance Date: **01/30/2014**
Practice Name:   **Pessin Katz Law P.A.**
Address:             **901 Dulaney Valley Road**
                     **Suite 400**
City:                **Towson**   State: **MD**   Zip Code: **21204**

---

Party Type: **Defendant**   Party No.: **4**
Business or Organization Name: **MIB Medical Imaging Of Baltimore Partnership LLP**
Address: **8757 Georgia Avenue**
City:      **Silver Spring**   State: **MD**   Zip Code: **20910**

---

Party Type: **Defendant**   Party No.: **5**
Name: **Zablocki, Rdms, Joann**
Address: **7253 Ambassador Road**
City:      **Baltimore**   State: **MD**   Zip Code: **21244**
*Attorney(s) for the Defendant/Respondent*
Name:                  **Maloney, Esq, Paul J**
Appearance Date: **03/13/2014**
Practice Name:   **Carr Maloney, P.C.**
Address:             **2020 K Street N.W.**
                     **Suite 850**
City:                **Washington**   State: **DC**   Zip Code: **20006**
Name:                **Hallenbeck, Esq, Nicholas G**
Appearance Date: **03/13/2014**
Practice Name:
Address:             **2020 K Street NW**
                     **Suite 850**
City:                **Washington**   State: **DC**   Zip Code: **20006**

---

Party Type: **Defendant**   Party No.: **6**
Business or Organization Name: **Advanced Imaging Partners Inc**
Address: **7 St. Paul Street**
City:      **Baltimore**   State: **MD**   Zip Code: **21202**
*Attorney(s) for the Defendant/Respondent*
Name:                  **Maloney, Esq, Paul J**
Appearance Date: **03/13/2014**
Practice Name:   **Carr Maloney, P.C.**
Address:             **2020 K Street N.W.**
                     **Suite 850**
City:                **Washington**   State: **DC**   Zip Code: **20006**
Name:                **Hallenbeck, Esq, Nicholas G**
Appearance Date: **03/13/2014**
Practice Name:

**Address:**          2020 K Street NW
                      Suite 850
**City:**             Washington   **State:** DC   **Zip Code:** 20006

---

**Party Type: Defendant   Party No.:** 7
**Business or Organization Name:** Cyrus Jefferson Lawyer, III M.D.
**Address:** 920-940 W. North Ave,
**City:**      Baltimore   **State:** MD   **Zip Code:** 21217
*Attorney(s) for the Defendant/Respondent*
**Name:**             Shaw, Esq, Ronald U
**Appearance Date:** 02/21/2014
**Practice Name:**    Shaw, Morrow & Joseph, P.A.
**Address:**          11350 McCormick Road
                      Extve Plaza III St 1200
**City:**             Hunt Valley   **State:** MD   **Zip Code:** 21031

---

**Party Type: Defendant   Party No.:** 8
**Business or Organization Name:** Metropolitan Ob-gyn Associates LLC
**Address:** 920-940 W. North Ave
**City:**      Baltimore   **State:** MD   **Zip Code:** 21217
**Address:** S/o Cyrus LawyerIII Mn.d.
**City:**      Ellicott City   **State:** MD   **Zip Code:** 21042
*Attorney(s) for the Defendant/Respondent*
**Name:**             Shaw, Esq, Ronald U
**Appearance Date:** 02/21/2014
**Practice Name:**    Shaw, Morrow & Joseph, P.A.
**Address:**          11350 McCormick Road
                      Extve Plaza III St 1200
**City:**             Hunt Valley   **State:** MD   **Zip Code:** 21031

---

**Court Scheduling Information**

**Event Type: Motion Hearing (Civil)   Notice Date:** 03/14/2014
**Event Date:** 03/26/2014   **Event Time:** 02:30 PM
**Result:**       Held/Concluded   **Result Date:** 04/08/2014

---

**Event Type: Hearing   Notice Date:** 10/08/2014
**Event Date:** 10/21/2014   **Event Time:** 10:30 AM
**Result:**       Held/Concluded   **Result Date:** 10/28/2014

---

**Event Type: Pre-Trial Conference   Notice Date:** 10/17/2014
**Event Date:** 01/08/2015   **Event Time:** 11:00 AM
**Result:**       Postponed   **Result Date:** 10/27/2014

---

**Event Type: Civil Trial   Notice Date:**
**Event Date:** 02/04/2015   **Event Time:** 09:30 AM
**Result:**       Postponed   **Result Date:** 10/27/2014

---

**Event Type: Motion Hearing (Civil)   Notice Date:** 08/28/2015
**Event Date:** 09/11/2015   **Event Time:** 12:00 PM
**Result:**       Held/Concluded   **Result Date:** 09/16/2015

---

**Event Type: Pre-Trial Conference   Notice Date:** 10/28/2014
**Event Date:** 10/21/2014   **Event Time:** 08:30 AM
**Result:**       Postponed   **Result Date:** 10/29/2014

---

**Event Type: Pre-Trial Conference   Notice Date:** 09/21/2015
**Event Date:** 10/27/2015   **Event Time:** 09:30 AM
**Result:**       Postponed   **Result Date:** 10/09/2015

Event Type: **Pre-Trial Conference**   Notice Date: **10/09/2015**
Event Date: **11/23/2015**   Event Time: **09:30 AM**
Result:          Result Date:

Event Type: **Civil Trial**   Notice Date: **10/28/2014**
Event Date: **12/07/2015**   Event Time: **09:30 AM**
Result:          **Postponed**   Result Date: **11/17/2015**

Event Type: **Civil Trial**   Notice Date: **11/17/2015**
Event Date: **02/25/2016**   Event Time: **09:30 AM**
Result:          Result Date:

### Related Persons Information

*(Each Related person is displayed below)*
Party Type: **Interested Party**   Party No.: **1**
Business or Organization Name: **Baltimore County Department Od Social Service**

### Attorney(s) for the Related Persons

Name:          **Ferguson, Esq, Margaret**
Practice Name: **Baltimore County Dept Of Social Services**
Address:       **Drumcastle Center**
               **6401 York Road 2nd Floor**
City:          **Baltimore**   State: **MD**   Zip Code: **21212**

### Document Tracking

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*
Doc No./Seq No.: **1/0**
File Date:       **12/06/2013**   Entered Date: **12/11/2013**   Decision:
Party Type:      **Plaintiff**   Party No.: **1**
Document Name: **Complaint with Request for Jury Trial**

Doc No./Seq No.: **1/1**
File Date:       **03/13/2014**   Entered Date: **03/18/2014**   Decision:
Party Type:      **Defendant**   Party No.: **6**
Document Name: **DEFENDANTS ADVANCED IMAGING PARTNERS INC AND JOANN ZABLOCKI'S ANSWER TO THE**
               **PLAINTIFFS' COMPLAINT REQUEST FOR JURY TRIAL Filed by DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki**

Doc No./Seq No.: **2/0**
File Date:       **12/17/2013**   Entered Date: **12/18/2013**   Decision:
Party Type:      **Plaintiff**   Party No.: **1**
Document Name: **Amended Complaint And Demand For Jury Trial Against Advanced Radiology, LLC all defendants.**

Doc No./Seq No.: **2/1**
File Date:       **01/30/2014**   Entered Date: **01/31/2014**   Decision:
Party Type:      **Defendant**   Party No.: **2**
Document Name: **Answer to Complaint Amended Complaint**
               **Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

Doc No./Seq No.: **2/2**
File Date:       **02/21/2014**   Entered Date: **02/26/2014**   Decision:
Party Type:      **Defendant**   Party No.: **8**
Document Name: **Answer To Amended Complaint**

Filed by DEF008-Metropolitan Ob-gyn Associates LLC, DEF007-Curus Jefferson Lawyer, III M.D.

---

**Doc No./Seq No.:** 3/0

**File Date:** 01/30/2014   **Entered Date:** 01/31/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 2

**Document Name:** Defendant's Advanced Radiology P.A. And Randy Marc Becker M.D.'S Motion to

Dismiss Count III of PlaintiffS' Amended Complaint And The Claims Of Minor Plaintiff. Request For Hearing. Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

---

**Doc No./Seq No.:** 3/1

**File Date:** 01/30/2014   **Entered Date:** 01/31/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 2

**Document Name:** Request for Hearing on Selected Motion

Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

---

**Doc No./Seq No.:** 3/2

**File Date:** 02/18/2014   **Entered Date:** 02/21/2014   **Decision:**

**Party Type:** Plaintiff   **Party No.:** 1

**Document Name:** PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS COUNT III AND CLAIMS OF MINOR

RYLIE STUCKEY FILED BY DEFENDANTS ADVANCED RADIOLOGY P.A. AND RANDY MARC BECKER M.D.

---

**Doc No./Seq No.:** 4/0

**File Date:** 02/04/2014   **Entered Date:** 02/04/2014   **Decision:**

**Document Name:** Notice Motion Hearing Sent

Event: MOTN Block Date: 03/26/14 Facility: 556PARTIES : Advanced Radiology, LLC, 122 Slade Ave Suite 301, Baltimore, MD, 21208Advanced Radiology, LLC, S/o Csc Lawyers Inc. Service Company 7 St. Paul Street Ste. 1660, Baltimore, MD, 21202Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204MIB Medical Imaging Of Baltimore Partnership LLP, 8757 Georgia Avenue Suite 1330, Silver Spring, MD, 20910Zablocki, Joann 7253 Ambassador Road , Baltimore, MD, 21244Advanced Imaging Partners Inc, 7 St. Paul Street Ste. 1600, Baltimore, MD, 21202Curus Jefferson Lawyer, III M.D., 920-940 W. North Ave, , Baltimore, MD, 21217Metropolitan Ob-gyn Associates LLC, 920-940 W. North Ave , Baltimore, MD, 21217Metropolitan Ob-gyn Associates LLC, S/o Cyrus LawyerIII Mn.d. 11510 Homewood Road, Ellicott City, MD, 21042Miller, Daniel 26 South Street , Baltimore, MD, 21202

---

**Doc No./Seq No.:** 5/0

**File Date:** 02/06/2014   **Entered Date:** 02/06/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 2

**Document Name:** Certificate of Defensibility

Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

---

**Doc No./Seq No.:** 6/0

**File Date:** 02/05/2014   **Entered Date:** 02/07/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 2

**Document Name:** Notice of Service of Discovery Material

Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

---

**Doc No./Seq No.:** 7/0

**File Date:** 02/11/2014   **Entered Date:** 02/11/2014   **Decision:**

**Document Name:** Standard Track Scheduling Order Generat

---

**Doc No./Seq No.:** 8/0

**File Date:** 02/11/2014   **Entered Date:** 02/11/2014   **Decision:**

**Document Name:** Notice-Health Care Malpractice Mediation

---

**Doc No./Seq No.: 9/0**
File Date: **02/21/2014**   Entered Date: **02/24/2014**   Decision:
Party Type:   **Defendant   Party No.: 3**
Document Name: **Motion to Continue Trial Date**
**Filed by DEF003-Becker, DEF002-Advanced Radiology, P.A**

---

**Doc No./Seq No.: 10/0**
File Date: **02/24/2014**   Entered Date: **02/25/2014**   Decision:
Party Type:   **Defendant   Party No.: 7**
Document Name: **Notice of Service of Discovery Material (12)**
**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

**Doc No./Seq No.: 11/0**
File Date: **02/25/2014**   Entered Date: **02/26/2014**   Decision:
Party Type:   **Defendant   Party No.: 8**
Document Name: **Motion to Modify pre-trial Scheduling Order with proposed order**
**Filed by DEF008-Metropolitan Ob-gyn Associates LLC, DEF007-Curus Jefferson Lawyer, III M.D.**

---

**Doc No./Seq No.: 12/0**
File Date: **02/21/2014**   Entered Date: **03/06/2014**   Decision:
Party Type:   **Defendant   Party No.: 2**
Document Name: **Affidavit of Service - Served**
**WRIT OF SUMMONS (Private Process) served 01/13/14**

---

**Doc No./Seq No.: 13/0**
File Date: **02/21/2014**   Entered Date: **03/06/2014**   Decision:
Party Type:   **Defendant   Party No.: 3**
Document Name: **Affidavit of Service - Served**
**WRIT OF SUMMONS (Private Process) served 02/13/14**

---

**Doc No./Seq No.: 14/0**
File Date: **02/21/2014**   Entered Date: **03/06/2014**   Decision:
Party Type:   **Defendant   Party No.: 6**
Document Name: **Affidavit of Service - Served**
**WRIT OF SUMMONS (Private Process) served 01/13/14**

---

**Doc No./Seq No.: 15/0**
File Date: **02/21/2014**   Entered Date: **03/06/2014**   Decision:
Party Type:   **Defendant   Party No.: 1**
Document Name: **Affidavit of Service - Served**
**WRIT OF SUMMONS (Private Process) served 01/13/14**

---

**Doc No./Seq No.: 16/0**
File Date: **02/21/2014**   Entered Date: **03/06/2014**   Decision:
Party Type:   **Defendant   Party No.: 8**
Document Name: **Affidavit of Service - Served**
**WRIT OF SUMMONS (Private Process) served 01/15/14**

---

**Doc No./Seq No.: 17/0**
File Date: **02/21/2014**   Entered Date: **03/06/2014**   Decision:
Party Type:   **Defendant   Party No.: 7**
Document Name: **Affidavit of Service - Served**
**WRIT OF SUMMONS (Private Process) served 01/13/14**

**Doc No./Seq No.: 18/0**

File Date: **02/21/2014** Entered Date: **03/06/2014** Decision:

Party Type: **Defendant** Party No.: **5**

Document Name: **Affidavit of Service - Served**

**WRIT OF SUMMONS (Private Process) served 01/14/14**

---

**Doc No./Seq No.: 19/0**

File Date: **02/21/2014** Entered Date: **03/06/2014** Decision:

Document Name: **Affidavit of Service/Norman Understein**

---

**Doc No./Seq No.: 20/0**

File Date: **02/21/2014** Entered Date: **03/06/2014** Decision:

Party Type: **Defendant** Party No.: **4**

Document Name: **Summons Returned - No Service**

**WRIT OF SUMMONS (Private Process) returned 01/30/14**

---

**Doc No./Seq No.: 21/0**

File Date: **03/10/2014** Entered Date: **03/11/2014** Decision: **Granted**

Party Type: **Defendant** Party No.: **7**

Document Name: **Motion to Dismiss**

---

**Doc No./Seq No.: 21/1**

File Date: **04/04/2014** Entered Date: **04/04/2014** Decision:

Document Name: **Order of Court**

**ORDERED THAT DEFENDANT'S MOTION TO DISMISS IS HEREBY "GRANTED" AND ORDERED THAT COUNT III OF PLAINTIFF'S AMENDED COMPLAINT IS HEREBY "DISMISSED" WITHOUT PREJUDICE AS TO DEFENDANT'S CYRUS T. LAWYER III MD AND METROPOLITAN OB/GYN ASSOCIATESM LLC AND FURTHER ORDERED THAT THE CASE SHALL PROCEED TO TRIAL AS TO ALL OUTSTANDING PARTIES AND ISSUES. (J. NANCE)**

---

**Doc No./Seq No.: 21/2**

File Date: **04/04/2014** Entered Date: **04/04/2014** Decision:

Document Name: **Copies Mailed**

---

**Doc No./Seq No.: 22/0**

File Date: **03/14/2014** Entered Date: **03/14/2014** Decision:

Document Name: **Notice Motion Hearing Sent**

**Event: MOTN Block Date: 03/26/14 Facility: 556PARTIES : Advanced Radiology, LLC, 122 Slade Ave Suite 301, Baltimore, MD, 21208Advanced Radiology, LLC, S/o Csc Lawyers Inc. Service Company 7 St. Paul Street Ste. 1660, Baltimore, MD, 21202Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204MIB Medical Imaging Of Baltimore Partnership LLP, 8757 Georgia Avenue Suite 1330, Silver Spring, MD, 20910Zablocki, Joann 7253 Ambassador Road , Baltimore, MD, 21244Advanced Imaging Partners Inc, 7 St. Paul Street Ste. 1600, Baltimore, MD, 21202Shaw, Ronald 11350 McCormick Road Extve Plaza III St 1200, Hunt Valley, MD, 21031Miller, Daniel 26 South Street , Baltimore, MD, 21202**

---

**Doc No./Seq No.: 23/0**

File Date: **03/13/2014** Entered Date: **03/18/2014** Decision: **Granted**

Party Type: **Defendant** Party No.: **6**

Document Name: **MOTION TO DISMISS COUNT III OF PLAINTIFFS' AMENDED COMPLAINT AND THE CLAIMS OF**

**THE MINOR PLAINTIFF ON BEHALF OF DEFENDANTS ADVANCED IMAGING PARTNERS INC AND JOANN ZABLOCKI AND PROPOSED ORDER ATTACHED. Filed by DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki**

**Doc No./Seq No.:** 23/1

**File Date:** 03/13/2014    **Entered Date:** 03/18/2014    Decision:

**Party Type:** **Defendant**    **Party No.:** 6

**Document Name:** **Request for Hearing on Selected Motion**
**Filed by DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki**

---

**Doc No./Seq No.:** 23/2

**File Date:** 03/21/2014    **Entered Date:** 03/28/2014    Decision:

**Party Type:** **Plaintiff**    **Party No.:** 1

**Document Name:** **PLAINTIFFS' OPPOSITION TO THE MOTION TO DISMISS COUNT III AND CLAIMS OF MINOR**
**RYLIE STUCKEY FILED BY DEFENDANTS ADVANCED IMAGING PARTNERS INC JOANN ZABLOCKI CYRUS LAWYER III M.D. AND METROPOLITAN OB/GYN ASSOCIATES LLC**

---

**Doc No./Seq No.:** 23/3

**File Date:** 04/04/2014    **Entered Date:** 04/04/2014    Decision:

**Document Name:** **Order of Court**
**ORDERED THAT DEFENDANT'S MOTION TO DISMISS IS HEREBY "GRANTED" AND ORDERED THAT COUNT III OF PLAINTIFF'S AMENDED COMPLAINT IS HEREBY "DISMISSED" WITHOUT PREJUDICE AS TO DEFENDANT'S ADVANCED IMAGING PARTNERS INC AND JOANN ZABOLCKI AND IS FURTHER ORDERED THAT THE CASE SHALL PROCEED TO TRIAL AS TO ALL OUTSTANDING PARTIES AND ISSUES. (J. NANCE)**

---

**Doc No./Seq No.:** 23/4

**File Date:** 04/04/2014    **Entered Date:** 04/04/2014    Decision:

**Document Name:** **Copies Mailed**

---

**Doc No./Seq No.:** 24/0

**File Date:** 03/18/2014    **Entered Date:** 03/26/2014    Decision: **Granted**

**Party Type:** **Plaintiff**    **Party No.:** 1

**Document Name:** **Stipulation Of Dismissal Without Prejudice As To Advance Radiology LLC And MIB Partnership LLP Only**

---

**Doc No./Seq No.:** 24/1

**File Date:** 04/01/2014    **Entered Date:** 04/01/2014    Decision:

**Document Name:** **Order of Court**
**it is on this 27th day of March, 2014, by the Circuit Court For Baltimore City, herebyORDERED, that Defendants' Motion to Dismiss is hereby GRANTED. And,ORDERED, that Counts II of Plaintiff's Amended Complaint is hereby DISMISSED without Prejudice as to Defendants ADVANCED RADIOLOGY, P.A. and RANDY MARC BECKER M.D. and further,ORDERED, that the case shall proceed to trial as to all outstanding parties and issues.(Nance,J)**

---

**Doc No./Seq No.:** 24/2

**File Date:** 04/01/2014    **Entered Date:** 04/01/2014    Decision:

**Document Name:** **Copies Mailed**

---

**Doc No./Seq No.:** 25/0

**File Date:** 04/09/2014    **Entered Date:** 04/10/2014    Decision:

**Party Type:** **Defendant**    **Party No.:** 6

**Document Name:** **Notice of Service of Discovery Material**

---

**Doc No./Seq No.:** 26/0

**File Date:** 04/11/2014    **Entered Date:** 04/14/2014    Decision: **Denied**

| | |
|---|---|
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Joint and Consent Motion to Modify Pre-Trial Scheduling Order** |
| | **Filed by PLT001-Pettiford, DEF002-Advanced Radiology, P.A, DEF003-Becker** |

| | |
|---|---|
| Doc No./Seq No.: | **26/1** |
| File Date: | **04/30/2014**   Entered Date: **04/30/2014**   Decision: |
| Document Name: | **Order of Court** |
| | **It is this 24th day of April 2014, Ordered that the motion is denied Handy, J** |

| | |
|---|---|
| Doc No./Seq No.: | **26/2** |
| File Date: | **04/30/2014**   Entered Date: **04/30/2014**   Decision: |
| Document Name: | **Copies Mailed** |

| | |
|---|---|
| Doc No./Seq No.: | **27/0** |
| File Date: | **04/14/2014**   Entered Date: **04/14/2014**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Notice of Service of Discovery Material** |

| | |
|---|---|
| Doc No./Seq No.: | **28/0** |
| File Date: | **04/14/2014**   Entered Date: **04/14/2014**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Notice of Service of Discovery Material** |

| | |
|---|---|
| Doc No./Seq No.: | **29/0** |
| File Date: | **04/15/2014**   Entered Date: **04/17/2014**   Decision: |
| Party Type: | **Defendant**   Party No.: **2** |
| Document Name: | **Amended Certificate of Defensibility** |
| | **Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker** |

| | |
|---|---|
| Doc No./Seq No.: | **30/0** |
| File Date: | **04/22/2014**   Entered Date: **04/22/2014**   Decision: |
| Document Name: | **Notice of Cont. Dismissal Lack of Juris. (CLERICAL ERROR)** |
| | **MIB Medical Imaging Of Baltimore Partnership LLP** |

| | |
|---|---|
| Doc No./Seq No.: | **31/0** |
| File Date: | **04/22/2014**   Entered Date: **04/23/2014**   Decision: |
| Party Type: | **Defendant**   Party No.: **8** |
| Document Name: | **Notice of Service of Discovery Material** |
| | **Filed by DEF008-Metropolitan Ob-gyn Associates LLC, DEF007-Curus Jefferson Lawyer, III M.D.** |

| | |
|---|---|
| Doc No./Seq No.: | **32/0** |
| File Date: | **04/22/2014**   Entered Date: **04/23/2014**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Notice of Service of Discovery Material** |
| | **Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **33/0** |
| File Date: | **04/22/2014**   Entered Date: **04/23/2014**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Notice of Service of Discovery Material** |
| | **Filed by Attorney: Ronald U Shaw Esq** |

| | |
|---|---|
| Doc No./Seq No.: | **34/0** |

**File Date:** 05/08/2014  **Entered Date:** 05/08/2014  **Decision:**
**Party Type:** **Defendant**  **Party No.:** 5
**Document Name:** **Notice of Service of Discovery Material**
**Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc**

---

**Doc No./Seq No.:** 35/0
**File Date:** 05/08/2014  **Entered Date:** 05/12/2014  **Decision:**
**Party Type:** **Defendant**  **Party No.:** 5
**Document Name:** **Notice of Service of Discovery Material**

---

**Doc No./Seq No.:** 36/0
**File Date:** 05/15/2014  **Entered Date:** 05/16/2014  **Decision:**
**Party Type:** **Defendant**  **Party No.:** 7
**Document Name:** **Certificate of Meritorious Defense**

---

**Doc No./Seq No.:** 37/0
**File Date:** 05/30/2014  **Entered Date:** 05/30/2014  **Decision:**
**Party Type:** **Defendant**  **Party No.:** 4
**Document Name:** **Dismissed w/o prejudice as to certain parties pursuant to Md. Rule 2-507(b).**

---

**Doc No./Seq No.:** 38/0
**File Date:** 06/26/2014  **Entered Date:** 07/01/2014  **Decision:**
**Party Type:** **Plaintiff**  **Party No.:** 1
**Document Name:** **Certificate of Mailing of Subpoenas for Lakisha M. Pettiford**

---

**Doc No./Seq No.:** 39/0
**File Date:** 07/02/2014  **Entered Date:** 07/03/2014  **Decision:**
**Party Type:** **Defendant**  **Party No.:** 7
**Document Name:** **Notice of Service of Discovery Material**
**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

**Doc No./Seq No.:** 40/0
**File Date:** 07/31/2014  **Entered Date:** 08/01/2014  **Decision:**
**Party Type:** **Defendant**  **Party No.:** 5
**Document Name:** **Notice of Service of Discovery Material**
**Filed by DEF005-Zablocki, DEF004-MIB Medical Imaging Of Baltimore Partnership LLP, DEF003-Becker, DEF002-Advanced Radiology, P.A, DEF001-Advanced Radiology, LLC, DEF006-Advanced Imaging Partners Inc, DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

**Doc No./Seq No.:** 41/0
**File Date:** 08/08/2014  **Entered Date:** 08/11/2014  **Decision:** **Granted/Denied in Part**
**Party Type:** **Interested Party**  **Party No.:** 1
**Document Name:** **Motion to Quash Defendant'S Subpoena And Notice Of Records Deposition concerning department of social services records.**

---

**Doc No./Seq No.:** 41/1
**File Date:** 08/22/2014  **Entered Date:** 08/26/2014  **Decision:**
**Party Type:** **Defendant**  **Party No.:** 6
**Document Name:** **Opposition to Baltimore County Department of Social Services Motion to Quash With exhibits and Proposed Order Attached**

---

41/2

Doc No./Seq No.:
File Date: **09/15/2014** Entered Date: **09/15/2014** Decision:
Document Name: **Discovery Order**

**Ordered motion for protective order filed by department is granted in part and denied in part. Judge Dipietro**

---

Doc No./Seq No.: **41/3**
File Date: **09/15/2014** Entered Date: **09/15/2014** Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **42/0**
File Date: **08/08/2014** Entered Date: **08/11/2014** Decision:
Party Type: **Interested Party** Party No.: **1**
Document Name: **Certificate as to Rule 2-431**

---

Doc No./Seq No.: **43/0**
File Date: **08/08/2014** Entered Date: **08/13/2014** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Notice of Service of Discovery Material**
**Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **44/0**
File Date: **08/14/2014** Entered Date: **08/15/2014** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Notice of Service of Discovery Material**
**Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **45/0**
File Date: **08/19/2014** Entered Date: **08/20/2014** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **46/0**
File Date: **08/18/2014** Entered Date: **08/20/2014** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **47/0**
File Date: **08/25/2014** Entered Date: **08/27/2014** Decision:
Party Type: **Defendant** Party No.: **1**
Document Name: **Notice of Service of Discovery Material (14)**

---

Doc No./Seq No.: **48/0**
File Date: **09/09/2014** Entered Date: **09/11/2014** Decision:
Document Name: **Line Waiving Supplemental Certificates**

---

Doc No./Seq No.: **49/0**
File Date: **09/18/2014** Entered Date: **09/19/2014** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Joint Motion for Ruling on Defendants' Motions to Continue Trial Date (Docket**

Nos. 9 and 11), with Request for Hearing and Proposed Order Attached Filed by PLT001-Pettiford, DEF002-Advanced Radiology, P.A, DEF003-Becker, DEF006-Advanced Imaging Partners Inc, DEF008-Metropolitan Ob-gyn Associates LLC, DEF007-Curus Jefferson Lawyer, III M.D.

| | |
|---|---|
| Doc No./Seq No.: | **50/0** |
| File Date: **09/18/2014** | Entered Date: **09/19/2014** Decision: **Granted** |
| Party Type: **Plaintiff** | Party No.: **1** |
| Document Name: | **Second Joint Motion to Modify the Pre-Trial Scheduling Order, with Request for** |
| | **Hearing (see entry 49 for complete filing) Filed by PLT001-Curus Jefferson Lawyer, III M.D., DEF002-Advanced Radiology, P.A, DEF003-Becker, DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki, DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **50/1** |
| File Date: **11/05/2014** | Entered Date: **11/05/2014** Decision: |
| Document Name: | **Order of Court** |
| | **Ordered that the Parties second Joint Motion to Modify the Scheduling order (docket entry #50000) is Granted Judge Ausby (see order for details)** |

| | |
|---|---|
| Doc No./Seq No.: **50/2** | |
| File Date: **11/05/2014** | Entered Date: **11/05/2014** Decision: |
| Document Name: **Copies Mailed** | |

| | |
|---|---|
| Doc No./Seq No.: **51/0** | |
| File Date: **09/11/2014** | Entered Date: **09/19/2014** Decision: |
| Party Type: **Plaintiff** | Party No.: **1** |
| Document Name: **Notice of Service of Discovery Material** | |

| | |
|---|---|
| Doc No./Seq No.: **52/0** | |
| File Date: **09/18/2014** | Entered Date: **09/22/2014** Decision: |
| Party Type: **Plaintiff** | Party No.: **1** |
| Document Name: **Notice of Service of Discovery Material** | |

| | |
|---|---|
| Doc No./Seq No.: | **53/0** |
| File Date: **09/30/2014** | Entered Date: **09/30/2014** Decision: |
| Document Name: | **Hearing/Trial Notice Sent** |
| | **Event: HEAR Block Date: 10/21/14 Facility: 523PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202** |

| | |
|---|---|
| Doc No./Seq No.: **54/0** | |
| File Date: **09/26/2014** | Entered Date: **10/01/2014** Decision: |
| Party Type: **Defendant** | Party No.: **1** |
| Document Name: **Notice of Service of Discovery Material 9/25/14 were mailed** | |

| | |
|---|---|
| Doc No./Seq No.: | **55/0** |
| File Date: **10/08/2014** | Entered Date: **10/08/2014** Decision: |
| Document Name: | **Batch Hearing Notice Sent** |

Event: HEAR Block Date: 10/21/14 Facility: 523PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202

**Doc No./Seq No.:** 56/0

**File Date:** 10/08/2014   **Entered Date:** 10/08/2014   **Decision:**

**Document Name:** Batch Hearing Notice Sent

Event: HEAR Block Date: 10/21/14 Facility: 523PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202

**Doc No./Seq No.:** 57/0

**File Date:** 10/15/2014   **Entered Date:** 10/16/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 2

**Document Name:** Defendants Advanced Radiology P.A. and Randy M. Becker Md."S Preliminary

designation of expert witnesses.Filed by DEF002-Advanced Radiology, P,A, DEF003-Becker

**Doc No./Seq No.:** 58/0

**File Date:** 10/17/2014   **Entered Date:** 10/17/2014   **Decision:**

**Document Name:** Batch Hearing Notice Sent

Event: PTC Block Date: 01/08/15 Facility: 511PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202

**Doc No./Seq No.:** 59/0

**File Date:** 10/15/2014   **Entered Date:** 10/17/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 7

**Document Name:** Notice of Service of Discovery Material 10/14/15 was mailed

Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF004-MIB Medical Imaging Of Baltimore Partnership LLP

**Doc No./Seq No.:** 60/0

**File Date:** 10/16/2014   **Entered Date:** 10/20/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 6

**Document Name:** Defendants Advanced Imaging Partners, Inc. and Joann Zablocki's Preliminary

Designation of Expert Witnesses Filed by DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki

**Doc No./Seq No.:** 61/0

**File Date:** 10/20/2014   **Entered Date:** 10/21/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 8

**Document Name:** Designation of Expert Witnesses

**Doc No./Seq No.:** 62/0

**File Date:** 10/21/2014   **Entered Date:** 10/23/2014   **Decision:**

**Party Type:** Defendant   **Party No.:** 7

**Document Name:** Notice of Service of Discovery Material

Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC

**Doc No./Seq No.:** 63/0

**File Date:** 10/28/2014   **Entered Date:** 10/28/2014   Decision:

**Document Name:** Hearing/Trial Notice Sent

Event: PTC Block Date: 10/21/15 Facility: 403CPARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202

**Doc No./Seq No.:** 64/0

**File Date:** 10/28/2014   **Entered Date:** 10/28/2014   Decision:

**Document Name:** Batch Hearing Notice Sent

Event: CIVI Block Date: 12/07/15 Facility: 403TPARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202

**Doc No./Seq No.:** 65/0

**File Date:** 10/29/2014   **Entered Date:** 10/29/2014   Decision:

**Document Name:** Hearing/Trial Notice Sent

Event: PTC Block Date: 10/27/15 Facility: 511PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202

**Doc No./Seq No.: 66/0**
**File Date:** 10/30/2014   **Entered Date:** 10/31/2014   Decision:
**Party Type:** Defendant   Party No.: 2
**Document Name:** Notice of Service of Discovery Material 10/28/14 Custodian of Records
Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

**Doc No./Seq No.: 67/0**
**File Date:** 10/31/2014   **Entered Date:** 11/06/2014   Decision:
**Party Type:** Defendant   Party No.: 2
**Document Name:** Notice of Service of Discovery Material
Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

**Doc No./Seq No.: 68/0**
**File Date:** 12/22/2014   **Entered Date:** 12/23/2014   Decision:
**Party Type:** Plaintiff   Party No.: 1
**Document Name:** Designation of Expert Witnesses

**Doc No./Seq No.: 69/0**
**File Date:** 02/03/2015   **Entered Date:** 02/04/2015   Decision:
**Party Type:** Defendant   Party No.: 2
**Document Name:** Notice of Service of Discovery Material
Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

**Doc No./Seq No.:** 70/0

**File Date:** 03/17/2015   **Entered Date:** 03/17/2015   Decision:

**Document Name:** Batch Hearing Notice Sent

**Event: PTC Block Date: 10/27/15 Facility: 511PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202**

---

Doc No./Seq No.: **71/0**
File Date:   **06/08/2015**   Entered Date: **06/09/2015**   Decision:
Party Type:   **Defendant**   Party No.: **2**
Document Name: **Notice of Service of Discovery Material**
   **Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **72/0**
File Date:   **07/13/2015**   Entered Date: **07/16/2015**   Decision:
Party Type:   **Plaintiff**   Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **73/0**
File Date:   **07/20/2015**   Entered Date: **07/21/2015**   Decision:
Party Type:   **Plaintiff**   Party No.: **1**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **74/0**
File Date:   **07/17/2015**   Entered Date: **07/21/2015**   Decision:
Party Type:   **Defendant**   Party No.: **7**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **75/0**
File Date:   **07/31/2015**   Entered Date: **08/03/2015**   Decision:
Party Type:   **Defendant**   Party No.: **2**
Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **76/0**
File Date:   **08/12/2015**   Entered Date: **08/13/2015**   Decision:
Party Type:   **Defendant**   Party No.: **3**
Document Name: **Motion to Dismiss for Nonjoinder**
   **Filed by DEF003-Becker, DEF002-Advanced Radiology, P.A**

---

Doc No./Seq No.: **76/1**
File Date:   **08/12/2015**   Entered Date: **08/13/2015**   Decision:
Party Type:   **Defendant**   Party No.: **2**
Document Name: **Request for Hearing on Selected Motion**
   **Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **76/2**
File Date:   **08/31/2015**   Entered Date: **09/01/2015**   Decision:
Party Type:   **Plaintiff**   Party No.: **1**
Document Name: **Plaintiff's Opposition to Defendants Motions to Dismiss & Exhibits**

---

Doc No./Seq No.: **76/3**
File Date:   **09/09/2015**   Entered Date: **09/10/2015**   Decision:
Party Type:   **Plaintiff**   Party No.: **1**
Document Name: **Pltff's Supplemental Opposition To Def's Motion to Dismiss**

---

Doc No./Seq No.: **77/0**
File Date:   **08/12/2015**   Entered Date: **08/13/2015**   Decision: **Denied**

Party Type: **Defendant** Party No.: **2**
Document Name: **Motion for Summary Judgment, Memorandum with exhibits**
**Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **77/1**
File Date: **08/12/2015** Entered Date: **08/13/2015** Decision:
Party Type: **Defendant** Party No.: **2**
Document Name: **Request for Hearing on Selected Motion**
**Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **77/2**
File Date: **09/16/2015** Entered Date: **09/16/2015** Decision:
Document Name: **Order of Court**
**Ordered that defts, Advanced Radiology, P.A and Randy Becker, M.D.'s motion for summary judgment (paper 77) be and is hereby Denied; and it is further Ordered that the defts, Advanced Imaging Partners, inc., and Joann Zablocki's Motion for summary judgment (paper 79) be and is hereby Denied; and it is further Ordered that defts, Advanced Radiology, P.a., and randy becker, M.d.'s Motion to Dismiss for nonjoinder (paper 76) be and is hereby Denied. Judge Panos**

---

Doc No./Seq No.: **77/3**
File Date: **09/16/2015** Entered Date: **09/16/2015** Decision:
Document Name: **Copies Mailed**

---

Doc No./Seq No.: **78/0**
File Date: **08/13/2015** Entered Date: **08/14/2015** Decision:
Party Type: **Defendant** Party No.: **7**
Document Name: **Notice of Service of Discovery Material**
**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

Doc No./Seq No.: **79/0**
File Date: **08/13/2015** Entered Date: **08/14/2015** Decision:
Party Type: **Defendant** Party No.: **6**
Document Name: **Defendants Advanced Imaging Partners Inc and Joann Zablocki's Motion for Summary**
**Judgment Filed by DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki**

---

Doc No./Seq No.: **79/1**
File Date: **08/13/2014** Entered Date: **08/14/2015** Decision:
Party Type: **Defendant** Party No.: **5**
Document Name: **Request for Hearing on Selected Motion**
**Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc**

---

Doc No./Seq No.: **79/2**
File Date: **08/31/2015** Entered Date: **09/01/2015** Decision:
Party Type: **Plaintiff** Party No.: **1**
Document Name: **Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Exhibits**

---

Doc No./Seq No.: **79/3**
File Date: **09/10/2015** Entered Date: **09/11/2015** Decision:
Party Type: **Defendant** Party No.: **7**
Document Name: **Defendant's Reply To Plaintiff's Opposition To Motion For Summary Judgment**

with Proposed Order Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC

| | |
|---|---|
| Doc No./Seq No.: | **80/0** |
| File Date: | **08/14/2015**   Entered Date: **08/17/2015**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Defendants Cyrus T. Lawyer, III M.D. and Metropolitan OB/GYN Associates, LLC's** |
| | **Motion for Summary Judgment and Memorandum of Law in Support Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **80/1** |
| File Date: | **08/31/2015**   Entered Date: **09/01/2015**   Decision: |
| Party Type: | **Plaintiff**   Party No.: **1** |
| Document Name: | **Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Exhibits SEE ENTRY #79/2 FOR EXHIBITS** |

| | |
|---|---|
| Doc No./Seq No.: | **81/0** |
| File Date: | **08/14/2015**   Entered Date: **08/17/2015**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Defendants Cyrus T. Lawyer, III, M.D. and Metropolitan OB/GYN Associates, LLC's** |
| | **Motion to Dismiss for Failure to Join a Necessary Party and Exhibits Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **81/1** |
| File Date: | **09/10/2015**   Entered Date: **09/11/2015**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Defendant's Reply To Plaintiff's Opposition To Motion To Dismiss For Failure** |
| | **To Join a Necessary Party with Proposed Order Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **82/0** |
| File Date: | **08/17/2015**   Entered Date: **08/17/2015**   Decision: |
| Document Name: | **Notice Motion Hearing Sent** |
| | **Event: MOTN Block Date: 09/11/15 Facility: 329PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Shaw, Ronald 11350 McCormick Road Extve Plaza III St 1200, Hunt Valley, MD, 21031Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202** |

| | |
|---|---|
| Doc No./Seq No.: | **83/0** |
| File Date: | **08/28/2015**   Entered Date: **08/28/2015**   Decision: |
| Document Name: | **Reminder Notice Sent** |

| | |
|---|---|
| Doc No./Seq No.: | **84/0** |
| File Date: | **08/28/2015**   Entered Date: **08/28/2015**   Decision: |
| Document Name: | **Notice Motion Hearing Sent** |
| | **Event: MOTN Block Date: 09/11/15 Facility: 329PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Shaw, Ronald 11350 McCormick Road Extve Plaza III St 1200, Hunt Valley, MD, 21031Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202** |

Doc No./Seq No.: **85/0**

| | |
|---|---|
| File Date: | **08/31/2015** Entered Date: **09/01/2015** Decision: |
| Party Type: | **Defendant** Party No.: **2** |
| Document Name: | **Notice of Service of Discovery Material** |
| | **Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker** |

**Doc No./Seq No.: 86/0**

| | |
|---|---|
| File Date: | **09/09/2015** Entered Date: **09/10/2015** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Plaintiff 2-504.3 Notice (Computer-Generated Evidence)** |

**Doc No./Seq No.: 86/1**

| | |
|---|---|
| File Date: | **11/10/2015** Entered Date: **11/20/2015** Decision: |
| Party Type: | **Defendant** Party No.: **3** |
| Document Name: | **Defendants Objections To Plaintiffs' Rule 2-504.3 Notice** |
| | **(Computer Generated Evidence) Filed by DEF003-Becker, DEF002-Advanced Radiology, P.A** |

**Doc No./Seq No.: 86/2**

| | |
|---|---|
| File Date: | **11/20/2015** Entered Date: **11/23/2015** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Plaintiffs' Response To Defendant's Motion And Objection To Plaintiffs' Use Of Computer Generated Evidence** |

**Doc No./Seq No.: 87/0**

| | |
|---|---|
| File Date: | **09/11/2015** Entered Date: **09/21/2015** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Notice of Service of Discovery Material** |

**Doc No./Seq No.: 88/0**

| | |
|---|---|
| File Date: | **09/11/2015** Entered Date: **09/21/2015** Decision: |
| Party Type: | **Plaintiff** Party No.: **1** |
| Document Name: | **Notice of Service of Discovery Material** |

**Doc No./Seq No.: 89/0**

| | |
|---|---|
| File Date: | **09/18/2015** Entered Date: **09/21/2015** Decision: |
| Party Type: | **Defendant** Party No.: **7** |
| Document Name: | **Notice of Service of Discovery Material(2)** |
| | **Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

**Doc No./Seq No.: 90/0**

| | |
|---|---|
| File Date: | **09/21/2015** Entered Date: **09/21/2015** Decision: |
| Document Name: | **Batch Hearing Notice Sent** |
| | **Event: PTC Block Date: 10/27/15 Facility: 511PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Maloney, Paul 2000 L Street N.W. Suite 450, Washington, DC, 20036Hallenbeck, Nicholas 2000 L Street NW Suite 450, Washington, DC, 20036Shaw, Ronald 11350 McCormick Road Extve Plaza III St 1200, Hunt Valley, MD, 21031Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202** |

**Doc No./Seq No.: 91/0**

| | |
|---|---|
| File Date: | **09/21/2015** Entered Date: **09/23/2015** Decision: |
| Party Type: | **Defendant** Party No.: **3** |

**Document Name:** **Defendant's Rule 2-504.3 Notice (Computer Generated Evidence)**

**Doc No./Seq No.:** **92/0**
**File Date:** **09/24/2015** **Entered Date:** **09/25/2015** **Decision:** **Granted**
**Party Type:** **Defendant** **Party No.:** **3**
**Document Name:** **Consent Request to Reschedule the October 27, 2015 Pretrial Conference**
**Filed by DEF003-Becker, DEF002-Advanced Radiology, P.A**

**Doc No./Seq No.:** **92/1**
**File Date:** **10/13/2015** **Entered Date:** **10/13/2015** **Decision:**
**Document Name:** **Order of Court**
**ORDERED that the consent request is GRANTED in light of representations made to the Court by counsel for defendants Randy Becker MD and Advanced radiology PA and Further ORDERED that the Pre-Trial Conference will be rescheduled for November 23, 2015 at 9:30 am in Room 511 Mitchell Courthouse, Judge P White**

**Doc No./Seq No.:** **92/2**
**File Date:** **10/13/2015** **Entered Date:** **10/13/2015** **Decision:**
**Document Name:** **Copies Mailed**

**Doc No./Seq No.:** **93/0**
**File Date:** **09/28/2015** **Entered Date:** **09/30/2015** **Decision:**
**Party Type:** **Defendant** **Party No.:** **7**
**Document Name:** **Defendant's Notice of Intent to Introduce Computer-Generated Evidence at Trial**

**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

**Doc No./Seq No.:** **94/0**
**File Date:** **10/01/2015** **Entered Date:** **10/02/2015** **Decision:**
**Party Type:** **Defendant** **Party No.:** **2**
**Document Name:** **Defendants Advanced Imaging Partners and Jo Ann Zablocki's Notice (Computer Generated Evidence) Filed by DEF002-Advanced Radiology, P.A, DEF005-Zablocki**

**Doc No./Seq No.:** **95/0**
**File Date:** **10/09/2015** **Entered Date:** **10/09/2015** **Decision:**
**Document Name:** **Hearing/Trial Notice Sent**
**Event: PTC Block Date: 11/23/15 Facility: 511PARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Maloney, Paul 2000 L Street N.W. Suite 450, Washington, DC, 20036Hallenbeck, Nicholas 2000 L Street NW Suite 450, Washington, DC, 20036Shaw, Ronald 11350 McCormick Road Extve Plaza III St 1200, Hunt Valley, MD, 21031Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202**

**Doc No./Seq No.:** **96/0**
**File Date:** **10/09/2015** **Entered Date:** **10/13/2015** **Decision:** **Approved**
**Document Name:** **Civil Postponement Approved**
**Pre Trial Conference 11/23/15 9:30 am**

**Doc No./Seq No.:** **97/0**
**File Date:** **10/16/2015** **Entered Date:** **10/26/2015** **Decision:** **Granted**
**Party Type:** **Defendant** **Party No.:** **7**
**Document Name:** **EMERGENCY MOTION TO DENY INSPECTION TO SEAL OF DEFTS' MOTION TO MODIFY SCHEDULIN**

**ORDER (MOTION TO CONTINUE TRIAL) Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

Doc No./Seq No.: **97/1**

File Date: **11/04/2015**   Entered Date: **11/05/2015**   Decision:

Party Type: **Plaintiff**   Party No.: **1**

Document Name: **Pltffs' response to defts' Motion to Continue Trial**

---

Doc No./Seq No.: **97/2**

File Date: **11/09/2015**   Entered Date: **11/10/2015**   Decision:

Party Type: **Defendant**   Party No.: **6**

Document Name: **Defendants Advanced Imaging Partners and Jo Ann Zablocki's Line Consenting to**

**Defendant Cyrus J. Lawyer, III, M.D. and Metropolitan Ob/Gyn Associates, LLC's Motion to Modify Scheduling Order (Motion to Continue Trial) Filed by DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki**

---

Doc No./Seq No.: **97/3**

File Date: **11/19/2015**   Entered Date: **11/19/2015**   Decision:

Document Name: **Order of Court**

**It is this 17th day of November 2015 Ordered that the emeregency motion to deny inspection to seal of defendants motion to modify scheduling order is granted and Ordered that defs motion to modify the scheduling order shall be sealed and it is further Ordered ta the clerk shall shield from public inspection def motion to modify scheduling order Handy, J**

---

Doc No./Seq No.: **97/4**

File Date: **11/19/2015**   Entered Date: **11/19/2015**   Decision:

Document Name: **Copies Mailed**

---

Doc No./Seq No.: **97/5**

File Date: **11/19/2015**   Entered Date: **11/19/2015**   Decision:

Document Name: **Order of Court**

**It is this 17th day of November 2015 Ordered that defs motion to modify the scheduling order is granted and it is further Ordered that the trial for this case shall begin on February 25,2016 Handy, J**

---

Doc No./Seq No.: **97/6**

File Date: **11/19/2015**   Entered Date: **11/19/2015**   Decision:

Document Name: **Copies Mailed**

---

Doc No./Seq No.: **98/0**

File Date: **10/26/2015**   Entered Date: **10/28/2015**   Decision:

Party Type: **Plaintiff**   Party No.: **1**

Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **99/0**

File Date: **10/26/2015**   Entered Date: **10/29/2015**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Notice of Service of Discovery Material**

**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

| | |
|---|---|
| **Doc No./Seq No.:** | **100/0** |
| **File Date:** | **10/26/2015**   Entered Date: **10/29/2015**   Decision: |
| **Party Type:** | **Defendant**   Party No.: **7** |
| **Document Name:** | **Notice of Service of Discovery Material** |
| | **Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| **Doc No./Seq No.:** | **101/0** |
| **File Date:** | **10/26/2015**   Entered Date: **10/30/2015**   Decision: **Denied** |
| **Document Name:** | **Order of Court** |
| | **Upon consideration of the Defendant's Request to excuse their insurance rep from attending the pre-trial conf on November 23, 2015 ( not yet docketed), and upon consideration that parties with settlement authority must attend pre-trial conf in person, it is this 26th day of October, 2015, herebyORDERED that the request is DENIED and it is furtherORDERED that all parties and the insurance rep. must appear in person at the November 23, 2015 PTC Judge, Pamela J. White** |

| | |
|---|---|
| **Doc No./Seq No.:** | **101/1** |
| **File Date:** | **10/30/2015**   Entered Date: **10/30/2015**   Decision: |
| **Document Name:** | **Copies Mailed** |

| | |
|---|---|
| **Doc No./Seq No.:** | **102/0** |
| **File Date:** | **11/03/2015**   Entered Date: **11/05/2015**   Decision: |
| **Party Type:** | **Defendant**   Party No.: **8** |
| **Document Name:** | **Notice of Service of Discovery Material** |

| | |
|---|---|
| **Doc No./Seq No.:** | **103/0** |
| **File Date:** | **11/03/2015**   Entered Date: **11/05/2015**   Decision: |
| **Party Type:** | **Defendant**   Party No.: **8** |
| **Document Name:** | **Notice of Service of Discovery Material** |

| | |
|---|---|
| **Doc No./Seq No.:** | **104/0** |
| **File Date:** | **11/03/2015**   Entered Date: **11/05/2015**   Decision: |
| **Party Type:** | **Defendant**   Party No.: **8** |
| **Document Name:** | **Notice of Service of Discovery Material** |

| | |
|---|---|
| **Doc No./Seq No.:** | **105/0** |
| **File Date:** | **11/03/2015**   Entered Date: **11/05/2015**   Decision: |
| **Party Type:** | **Defendant**   Party No.: **8** |
| **Document Name:** | **Notice of Service of Discovery Material** |

| | |
|---|---|
| **Doc No./Seq No.:** | **106/0** |
| **File Date:** | **11/03/2015**   Entered Date: **11/05/2015**   Decision: |
| **Party Type:** | **Defendant**   Party No.: **8** |
| **Document Name:** | **Notice of Service of Discovery Material** |

| | |
|---|---|
| **Doc No./Seq No.:** | **107/0** |
| **File Date:** | **11/03/2015**   Entered Date: **11/05/2015**   Decision: |
| **Party Type:** | **Defendant**   Party No.: **8** |
| **Document Name:** | **Notice of Service of Discovery Material** |

**Doc No./Seq No.:** 108/0
**File Date:** 11/03/2015   **Entered Date:** 11/05/2015   Decision:
**Party Type:** Defendant   **Party No.:** 8
**Document Name:** Notice of Service of Discovery Material

---

**Doc No./Seq No.:** 109/0
**File Date:** 11/04/2015   **Entered Date:** 11/05/2015   Decision:
**Party Type:** Defendant   **Party No.:** 2
**Document Name:** Notice of Service of Discovery Material
Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

---

**Doc No./Seq No.:** 110/0
**File Date:** 11/17/2015   **Entered Date:** 11/17/2015   Decision:
**Document Name:** Batch Hearing Notice Sent
Event: CIVI Block Date: 02/25/16 Facility: 403TPARTIES : Magdeburger, Natalie 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Longford, Kimberly 901 Dulaney Valley Road Suite 400, Towson, MD, 21204Maloney, Paul 2000 L Street N.W. Suite 450, Washington, DC, 20036Hallenbeck, Nicholas 2000 L Street NW Suite 450, Washington, DC, 20036Shaw, Ronald 11350 McCormick Road Extve Plaza III St 1200, Hunt Valley, MD, 21031Ferguson, Margaret Drumcastle Center 6401 York Road 2nd Floor, Baltimore, MD, 21212Miller, Daniel 26 South Street , Baltimore, MD, 21202Rosen, Marc 26 South Street , Baltimore, MD, 212023272

---

**Doc No./Seq No.:** 111/0
**File Date:** 11/19/2015   **Entered Date:** 11/20/2015   Decision:
**Party Type:** Defendant   **Party No.:** 7
**Document Name:** Pre-Trial Statement On Behalf of Defs Cyrus J Lawyer, III MD and Metropolitan
OB/GYN Associates, LLC with Certificate of service Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC

---

**Doc No./Seq No.:** 112/0
**File Date:** 11/23/2015   **Entered Date:** 11/24/2015   Decision:
**Party Type:** Defendant   **Party No.:** 2
**Document Name:** Pre-Trial Statement

---

**Doc No./Seq No.:** 113/0
**File Date:** 12/02/2015   **Entered Date:** 12/07/2015   Decision:
**Party Type:** Defendant   **Party No.:** 2
**Document Name:** Notice of Service of Discovery Material
Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker

---

**Doc No./Seq No.:** 114/0
**File Date:** 12/11/2015   **Entered Date:** 12/14/2015   Decision:
**Party Type:** Defendant   **Party No.:** 6
**Document Name:** Notice Regarding Change of Address

---

**Doc No./Seq No.:** 115/0
**File Date:** 12/11/2015   **Entered Date:** 12/14/2015   Decision:
**Party Type:** Defendant   **Party No.:** 7
**Document Name:** Notice of Service of Discovery Material
Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC

---

**Doc No./Seq No.:** 116/0

File Date: **12/11/2015**   Entered Date: **12/14/2015**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Notice of Service of Discovery Material**

**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

Doc No./Seq No.: **117/0**

File Date: **12/11/2015**   Entered Date: **12/14/2015**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Notice of Service of Discovery Material**

**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

Doc No./Seq No.: **118/0**

File Date: **12/11/2015**   Entered Date: **12/14/2015**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Notice of Service of Discovery Material**

**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

Doc No./Seq No.: **119/0**

File Date: **12/11/2015**   Entered Date: **12/14/2015**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Notice of Service of Discovery Material**

**Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

Doc No./Seq No.: **120/0**

File Date: **12/21/2015**   Entered Date: **12/22/2015**   Decision:

Party Type: **Defendant**   Party No.: **6**

Document Name: **Notice To Change Address**

---

Doc No./Seq No.: **121/0**

File Date: **01/08/2016**   Entered Date: **01/12/2016**   Decision:

Party Type: **Plaintiff**   Party No.: **1**

Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **122/0**

File Date: **01/21/2016**   Entered Date: **01/28/2016**   Decision:

Party Type: **Plaintiff**   Party No.: **1**

Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **123/0**

File Date: **01/28/2016**   Entered Date: **01/29/2016**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Defs Cyrus J. Lawyer, III M.D., and Metropolitan OB/GYN Assoc., LLC's Motion For Summary Judgment with Memorandum and Exhibits Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

Doc No./Seq No.: **123/1**

File Date: **01/28/2016**   Entered Date: **01/29/2016**   Decision:

| | |
|---|---|
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Request for Hearing on Selected Motion** |
| | **Filed by DEF007-Curus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **123/2** |
| File Date: | **02/01/2016**   Entered Date: **02/02/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Line (Exhibits for Docket #123)** |
| | **Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **124/0** |
| File Date: | **01/29/2016**   Entered Date: **02/01/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Defendants Cyrus T. Lawyer III M.D. And Metropolitan OB/GYN Associates LLC'S** |
| | **Motion To Bifurcate Trial Into Two Phases: (1) Liability And (2) Damages:Request For Hearing With Memorandum, Exhibits And Proposed Order Attached Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **124/1** |
| File Date: | **01/29/2016**   Entered Date: **02/01/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Request for Hearing on Selected Motion** |
| | **Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **125/0** |
| File Date: | **01/29/2016**   Entered Date: **02/01/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Defendants Cyrus T. Lawyer III M.D. And Metropolitan OB/GYN Associates LLC'S** |
| | **Motion For Partial Judgment As To Plaintiff's Claim For Loss Of Earnings With Memorandum, Exhibits And Proposed Order Attached Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **126/0** |
| File Date: | **02/01/2016**   Entered Date: **02/02/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Line (Exhibits for Motion to Preclude Testimony of Jane E Corteville, M.D) Not** |
| | **Yet Filed Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **127/0** |
| File Date: | **01/28/2016**   Entered Date: **02/02/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **MOTION TO PRECLUDE TESTIMONY OF JANE E. CORTEVILLE, M.D., MEMORANDUM, EXHIBITS** |
| | **AND REQUEST FOR A FRYE-REED HEARING Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC (THIS MOTION IS HOUSED IN A BLUE BINDER LABEL VOLUME 5)** |

| | |
|---|---|
| Doc No./Seq No.: **128/0** | |
| File Date: | **02/08/2016**   Entered Date: **02/09/2016**   Decision: |

Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Plaintiff's Motion in Limine To Exclude Testimony From Annuity Experts with Proposed Order**

---

Doc No./Seq No.: **129/0**
File Date: **02/08/2016**   Entered Date: **02/09/2016**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Plaintiff's Motion in Limine (Collateral Source Rule) with Exhibits and Proposed Order Attached**

---

Doc No./Seq No.: **130/0**
File Date: **02/08/2016**   Entered Date: **02/09/2016**   Decision:
Party Type: **Plaintiff**   Party No.: **1**
Document Name: **Plaintiff's Motion in Limine (To Limit Defendant's Experts Duplicative Testimony with Exhibits and Proposed Order Attached**

---

Doc No./Seq No.: **131/0**
File Date: **02/09/2016**   Entered Date: **02/10/2016**   Decision:
Party Type: **Defendant**   Party No.: **2**
Document Name: **Motion to Strike Jordan Haber MD & his amended Certificate of Merit & Report or in the Alternative with Memo, Exhibits and Proposed Order Attached Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **132/0**
File Date: **02/09/2016**   Entered Date: **02/10/2016**   Decision:
Party Type: **Defendant**   Party No.: **2**
Document Name: **Motion in Limine ( See Original 131) Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **133/0**
File Date: **02/09/2016**   Entered Date: **02/10/2016**   Decision:
Party Type: **Defendant**   Party No.: **5**
Document Name: **Defendants Jo Ann Zablocki and Advanced Imaging Partners' Motion for Partial Judgment as to Plaintiff's Claim for Loss of Earnings, Memorandum of Law in Support and Exhibit Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc**

---

Doc No./Seq No.: **134/0**
File Date: **02/09/2016**   Entered Date: **02/10/2016**   Decision:
Party Type: **Defendant**   Party No.: **6**
Document Name: **Defendants Jo Ann Zablocki and Advanced Imaging Partners' Motion to Bifurcate Filed by DEF006-Advanced Imaging Partners Inc, DEF005-Zablocki**

---

Doc No./Seq No.: **135/0**
File Date: **02/09/2016**   Entered Date: **02/10/2016**   Decision:
Party Type: **Defendant**   Party No.: **5**
Document Name: **Defendants Jo Ann Zalocki and Advanced Imaging Partners Motion in Limine to Preclude Testimony Regarding Plaintiff's Economic Loss Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc**

---

Doc No./Seq No.: **136/0**
File Date: **02/09/2016**   Entered Date: **02/10/2016**   Decision:
Party Type: **Defendant**   Party No.: **5**
Document Name: **Defendants Jo Ann Zablocki and Advanced Imaging Partners' Motion in Limine to Preclude Plaintiff's Claim for Damages Beyond the Age of Majority Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc**

| | |
|---|---|
| Doc No./Seq No.: | **137/0** |
| File Date: | **02/09/2016**   Entered Date: **02/10/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Defendants Jo Ann Zablocki and Advanced Imaging Partners' Motion in Limine to** |
| | **Preclude Operation of the Collateral Source Rule to Benefits Conferred Upon Rylie Stuckey Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc** |

| | |
|---|---|
| Doc No./Seq No.: | **138/0** |
| File Date: | **02/09/2016**   Entered Date: **02/10/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Defendants Jo Ann Zablocki and Advanced Imaging Partners' Motion in Limine to** |
| | **Preclude Testimony or Evidence Regarding Abortion Statistics Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc** |

| | |
|---|---|
| Doc No./Seq No.: | **139/0** |
| File Date: | **02/09/2016**   Entered Date: **02/10/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Defendants Jo Ann Zablocki and Advanced Imaging Partners' Motion in Limine to** |
| | **Preclude Testimony of Plaintiff's Vocational Rehabilitation Expert Witness Steven Shedlin an Exhibits Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc** |

| | |
|---|---|
| Doc No./Seq No.: | **140/0** |
| File Date: | **02/10/2016**   Entered Date: **02/11/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Defendants Jo Ann Zablocki and Advanced Imaging Partners' Motion to Strike** |
| | **Plaintiff's Substituted Expert Witnesses and Memorandum of Law in Support Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc** |

| | |
|---|---|
| Doc No./Seq No.: | **141/0** |
| File Date: | **02/10/2016**   Entered Date: **02/11/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Motion to Strike Plaintiff's Substituted Expert Witnesses, Memorandum of Law in** |
| | **Support, Exhibits and Request for Hearing Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **142/0** |
| File Date: | **02/10/2016**   Entered Date: **02/11/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Defendants Jo Ann Zablocki and Advanced Imaging Partners Motion to Shorten Time Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc** |

| | |
|---|---|
| Doc No./Seq No.: | **143/0** |
| File Date: | **02/10/2016**   Entered Date: **02/11/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **5** |
| Document Name: | **Line Regarding Motions Filed by Co-Defendants Advanced Radiology, P.A. & Randy Becker, M.D. Filed by DEF005-Zablocki, DEF006-Advanced Imaging Partners Inc** |

| | |
|---|---|
| Doc No./Seq No.: | **144/0** |
| File Date: | **02/10/2016**   Entered Date: **02/11/2016**   Decision: |
| Party Type: | **Defendant**   Party No.: **7** |
| Document Name: | **Defendants Cyrus J. Lawyer, III, M.D. and Metropolitan OB/GYN Associates, LLC's** |

**Motion to Exclude Rylie Stuckey from the Courtroom and from being Presented to the Jury at Trial Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

Doc No./Seq No.: **145/0**

File Date: **02/10/2016**   Entered Date: **02/11/2016**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Defendants' Motion to Shorten Time**

**Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

Doc No./Seq No.: **146/0**

File Date: **02/10/2016**   Entered Date: **02/12/2016**   Decision:

Party Type: **Defendant**   Party No.: **5**

Document Name: **Motion in Limine to preclude expert opinion testimony regarding a hypothetical**

**nuchal fold thickness measurement in the 5.0-5.9 mm range, or that a hypothetical nuchal fold thickness measurement in the 5.0-5.9 mm range would be abnormal in this case w/memorandum Filed by DEF005-Zablocki, DEF004-MIB Medical Imaging Of Baltimore Partnership LLP**

Doc No./Seq No.: **147/0**

File Date: **02/10/2016**   Entered Date: **02/12/2016**   Decision:

Party Type: **Defendant**   Party No.: **2**

Document Name: **Motion to strike Steven D Shedlin and his report or in the alternative motion**

**in limine to exclude expert opinions or Steven D Shedlin, MeD, CRC w/memorandum Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

Doc No./Seq No.: **148/0**

File Date: **02/10/2016**   Entered Date: **02/12/2016**   Decision:

Party Type: **Defendant**   Party No.: **2**

Document Name: **Defs motion in limineto preclude any evidence testimony or argument regarding**

**plts claim for economic damages Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

Doc No./Seq No.: **149/0**

File Date: **02/10/2016**   Entered Date: **02/12/2016**   Decision:

Party Type: **Defendant**   Party No.: **2**

Document Name: **Motion to strike Thomas Borzilleri and his report or in the alternative motion**

**to exclude expert opinions of Thomas C Borzilleri PHd Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

Doc No./Seq No.: **150/0**

File Date: **02/10/2016**   Entered Date: **02/12/2016**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Motion in Limine to preclude testimony or evidence regarding pls economic loss**

**w/req for hearing Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

Doc No./Seq No.: **151/0**

File Date: **02/10/2016**   Entered Date: **02/12/2016**   Decision:

Party Type: **Defendant**   Party No.: **7**

Document Name: **Motion in limine to preclude Steven Shedlins testimony regarding Ms Pettiord's**

alleged loss of earnings w/memorandum Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC

| | |
|---|---|
| Doc No./Seq No.: | **152/0** |
| File Date: | **02/10/2016**  Entered Date: **02/12/2016**  Decision: |
| Party Type: | **Defendant**  Party No.: **7** |
| Document Name: | **Motion in Limine to preclude operation of the collerial source rule to benefits** |
| | **conferred upon Rylie Stuckey w/memorandum Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **153/0** |
| File Date: | **02/10/2016**  Entered Date: **02/12/2016**  Decision: |
| Party Type: | **Defendant**  Party No.: **7** |
| Document Name: | **Motion in Limine to preclude evidence of Rylie Stuckey's diminished earning** |
| | **capacity w/memorandum Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **154/0** |
| File Date: | **02/10/2016**  Entered Date: **02/12/2016**  Decision: |
| Party Type: | **Defendant**  Party No.: **7** |
| Document Name: | **Motion in Limine to preclude expert testimony that Ms Pettiford would have** |
| | **terminated her pregnancy if advised of increased risk of down syndrome w/req for hearing Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **155/0** |
| File Date: | **02/10/2016**  Entered Date: **02/12/2016**  Decision: |
| Party Type: | **Defendant**  Party No.: **7** |
| Document Name: | **Motion in Limine to preclude tetimony or evidence regarding abortion statistics** |
| | **w/memorandum Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC** |

| | |
|---|---|
| Doc No./Seq No.: | **156/0** |
| File Date: | **02/10/2016**  Entered Date: **02/12/2016**  Decision: |
| Party Type: | **Defendant**  Party No.: **2** |
| Document Name: | **motion in limine to preclude any evidence testimony or argument regarding** |
| | **defs involvemnet in other lawsuits or claims w/req for hearing Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker** |

| | |
|---|---|
| Doc No./Seq No.: | **157/0** |
| File Date: | **02/10/2016**  Entered Date: **02/12/2016**  Decision: |
| Party Type: | **Defendant**  Party No.: **2** |
| Document Name: | **Motion in Limine to preclude any evidence testimony or argument that down** |
| | **syndrome was issed on Ms Pettiford's June 9, 2010 sonogram w/req for hearing Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker** |

| | |
|---|---|
| Doc No./Seq No.: | **158/0** |
| File Date: | **02/10/2016**  Entered Date: **02/12/2016**  Decision: |
| Party Type: | **Defendant**  Party No.: **2** |
| Document Name: | **Line joining Motions and motions in limine** |
| | **Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker** |

Doc No./Seq No.: **159/0**

File Date: **02/10/2016** Entered Date: **02/12/2016** Decision:

Party Type: **Defendant** Party No.: **2**

Document Name: **Line joining defs motion to strike plts substituted expert witnesses Filed by DEF002-Advanced Radiology, P.A, DEF003-Becker**

---

Doc No./Seq No.: **160/0**

File Date: **02/12/2016** Entered Date: **02/16/2016** Decision:

Party Type: **Plaintiff** Party No.: **1**

Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **161/0**

File Date: **02/12/2016** Entered Date: **02/16/2016** Decision:

Party Type: **Plaintiff** Party No.: **1**

Document Name: **Notice of Service of Discovery Material**

---

Doc No./Seq No.: **162/0**

File Date: **02/10/2016** Entered Date: **02/16/2016** Decision:

Party Type: **Defendant** Party No.: **7**

Document Name: **Motion in Limine to preclude testimony or evidence regarding damages beyond the age of majority Filed by DEF007-Cyrus Jefferson Lawyer, III M.D., DEF008-Metropolitan Ob-gyn Associates LLC**

---

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*