

901 DULANEY VALLEY ROAD
SUITE 500
BALTIMORE, MD 21204

BALTIMORE | COLUMBIA | BEL AIR

TELEPHONE 410-938-8800
FAX 410-832-5600
PKLAW.COM

**Brian M. Cathell, Esquire**
Direct Dial: (410) 339-6771
Facsimile: (410) 832-5681
bcathell@pklaw.com

April 22, 2016

**Custodian of Records**
**UNIVERSITY OF MARYLAND MEDICAL SYSTEM**
**HEALTH INFORMATION MANAGEMENT**
110 S. Paca St.
9th Floor
Baltimore, MD 21201

Re: *McCall-Scovens v. Blanchard, et al.*
Case No. 1:15-cv-03433-ELH

Dear Custodian:

On March 23, 2016, my office issued a Subpoena *Duces Tecum* requesting Ms. McCall-Scovens' records from your facility, including mental health records. Plaintiff, Ms. McCall-Scovens, filed on April 20, 2016, an objection to this subpoena by way of a Motion to Quash and for Protective Order.

**In response, Hon. Ellen L. Hollander of the United States District Court for the District of Maryland has ordered us to inform you that no documents shall be produced in response to the above-described subpoena pending resolution of Plaintiff's Motion to Quash and for Protective Order.**

Please do not produce any documents pursuant to the above-described subpoena until further notice.

Very truly yours,

Brian M. Cathell

BMC