# APPENDIX

| Exhibit No. | Document Description | Comments |
| --- | --- | --- |
| 1 | United States of America's Answers to Plaintiff's Interrogatories | |
| 2 | Oct. 28, 2016 May Hsieh Blanchard, M.D. Deposition Transcript | |
| 3 | Oct. 24, 2016 Vadim Morozov, M.D. Deposition Transcript | |
| 4 | Nov. 1, 2016 Lindsay Appel, M.D. Deposition Transcript | |
| 5 | Nov. 30, 2016 Christina Boyd, M.D. Deposition Transcript | |
| 6 | Nov. 4, 2016 Monique Williams, M.D. Deposition Transcript | |
| 7 | McCall-2648-51 | *Filing Under Seal* |
| 8 | Sept. 12, 2016 Veronica McCall-Scovens Deposition Transcript | |
| 9 | Oct. 26, 2016 Veronica McCall-Scovens Deposition Transcript | |
| 10 | McCall-571-72 | *Filing Under Seal* |
| 11 | McCall-202-03 | *Filing Under Seal* |
| 12 | McCall-2642-46 | *Filing Under Seal* |
| 13 | McCall-1726-27 | *Filing Under Seal* |
| 14 | McCall-201-02 | *Filing Under Seal* |
| 15 | McCall-196-97 | *Filing Under Seal* |
| 16 | McCall-539-41 | *Filing Under Seal* |

| | | |
|---|---|---|
| **17** | McCall-193-95 | *Filing Under Seal* |
| **18** | McCall-191-93 | *Filing Under Seal* |
| **19** | McCall-533-37 | *Filing Under Seal* |
| **20** | Waynyell Jackson Declaration | |
| **20-1** | Waynyell Jackson Declaration, Exhibit 1 (McCall-2555-56) | *Filing Under Seal* |
| **21** | McCall-522-28 | *Filing Under Seal* |
| **22** | McCall-2609 | *Filing Under Seal* |
| **23** | McCall-1455 | *Filing Under Seal* |
| **24** | McCall-4437 | *Filing Under Seal* |
| **25** | McCall-4439 | *Filing Under Seal* |
| **26** | McCall-381-90 | *Filing Under Seal* |
| **27** | Oct. 7, 2016 Gautam Gorantla Rao, M.D. Deposition Transcript | |
| **28** | Jan. 26, 2017 James Barter, M.D. Deposition Transcript | |
| **29** | McCall-182-83 | *Filing Under Seal* |
| **30** | McCall-186-87 | *Filing Under Seal* |