# APPENDIX

| Exhibit No. | Document Description |
|---|---|
| 1 | January 26, 2017 Deposition Transcript James Barter, M.D. pp. 67-70; 75; 79-80; 81; 97; 120; 174-175 |
| 2 | January 26, 2017 Deposition Transcript James Barter, M.D. pp. 149-150; 154-159; 161-162; 164; 166 |
| 3 | March 27, 2017 Deposition Transcript Nicola London, M.D. pp. 167-168 |
| 4 | June 2011 Medical Record p. 1781 |
| 5 | September 2011 Medical Record pp. 1748; 1749 |
| 6 | January 2012 Medical Record pp. 1640-1643 |
| 7 | September 12, 2016 Deposition Transcript Veronica McCall-Scovens Vol. I pp. 46-48; 60-61; 68; 74; 118; October 26, 2016 - Vol. II, pp. 40-41; 50-51 |
| 8 | Barter Report |
| 9 | March 2012 Medical Record pp. 1598-1600 |
| 10 | May 2012 Medical Record pp. 1575-1578 |
| 11 | McCall-Scovens Deposition Testimony Vol I - p. 65; Vol II p. 41 |
| 12 | January 2013 Medical Record pp. 1344-1346 |
| 13 | January 26, 2017 Deposition Transcript James Barter, M.D. pp. 116-120; 174-176 |
| 14 | April 13, 2017 Deposition Transcript Robert Burger, M.D. pp. 43-44 |
| 15 | October 24, 2016 Deposition Transcript Vadim Morozov, M.D. pp. 68-84; 93-102 |
| 16 | November 4, 2016 Deposition Transcript Monique Spencer-Williams, M.D. pp. 38-49; 54-55; 59 |
| 17 | January 26, 2017 Deposition Transcript James Barter, M.D. pp. 164-166<br>March 27, 2017 Deposition Transcript Nicola London, M.D. pp. 167-168 |
| 18 | January 26, 2017 Deposition Transcript James Barter, M.D. p. 97<br>April 13, 2017 Deposition Transcript Robert Burger, M.D. p. 76 |
| 19 | April 13, 2017 Deposition Transcript Robert Burger, M.D. pp. 30; 43; 53; 54; 56 |
| 20 | April 13, 2017 Deposition Transcript Robert Burger, M.D. p. 48; 57-58; 62-63 |